WILLIAM MARTIN, Appellant, *v.* THE TRIBUNE ASSOCIATION, Respondent.

(Argued December 1, 1885 ; decided December 8, 1885.)

*Clifford A. H. Bartlett* for appellant.

*Cornelius A. Runkle* for respondent.

Agree to dismiss appeal on argument.
All concur.
Appeal dismissed.